CI 8023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

VITO LUCIA,

      Plaintiff,

v

STEVEN J. CRISAMORE, and
OJC TRUCKING, INC.,

      Defendants.

CASE NO.

HON.

---

| | |
|---|---|
| RONALD S. MARVIN (P43699)<br>THE SAM BERNSTEIN LAW FIRM<br>Attorney for Plaintiff<br>31731 Northwestern Hwy, Ste. 333<br>Farmington Hills, MI 48334<br>(248) 864-0867; Fax (248) 737-4392<br>rmarvin@sambernstein.com<br>fgarcia@sambernstein.com | RUSSELL W. PORRITT II (P38659)<br>DEE A. DANE (P83284)<br>WARD, ANDERSON, PORRITT,<br>BRYANT, LORD & ZACHARY<br>Attorneys for Defendant, OJC Trucking<br>4190 Telegraph Rd., Suite 2300<br>Bloomfield Hills, MI 48302<br>(248) 593-1440; Fax (248) 593-7920<br>rporritt@wardanderson.com<br>ddane@wardanderson.com<br>bosentoski@wardanderson.com |

---

## NOTICE OF FILING REMOVAL NOTICE

To:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF MICHIGAN

1.     April 5, 2021, an action was filed against defendants Steven J.

Crisamore and OJC Trucking, Inc., in the Circuit Court for the County of

Macomb, State of Michigan entitled Vito Lucia vs. Steven J. Crisamore and

OJC Trucking, Inc., Case No. 2021-001231-NI, and said action was allegedly

commenced by service of a copy of the Complaint and Summons upon

Defendants OJC Trucking, Inc. via certified mail (although no return receipts

1

CI 8023

proving service have been provided). Plaintiff is seeking alternate service on defendant Steven J. Crisamore. A copy of the complaint is attached as **Exhibit A**.

2.     The above described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this court by petitioner defendants herein, pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the matter in controversy is in excess of the sum or value of $75,000, exclusive of interest and costs and is between citizens of different states. The Plaintiff at the time this action was commenced, upon information and belief, was and still is a citizen of Michigan.  However, both defendants, at the time this action was commenced, were all citizens or corporations from Indiana. None of the defendants are citizens of Michigan or corporations with a principal place of business in Michigan.

3.     Defendant OJC Trucking, Inc. desires to remove this action to this Court as provided in 28 U.S.C. § 1446 and does so within 30 days of service, which resulted in complete diversity of citizenship and proper jurisdiction with the Federal Court.

WHEREFORE, Defendant OJC Trucking, Inc. notifies all parties that the above action now pending in the Circuit Court for the County of Macomb

CI 8023

in the State of Michigan is removed to the United States District Court for the

Eastern District of Michigan.

<table>
<tr><td>

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on May 20, 2021, by:

| U.S. Mail | Fax |
| Hand Delivered | Overnight Courier |
| Federal Express | **X E-Filed** |

Signature: __*/s/ Barbara B. Osentoski*
          Barbara B. Osentoski

</td><td>

Respectfully submitted,

WARD, ANDERSON, PORRITT,
BRYANT, LORD & ZACHARY

By***: /s/ RUSSELL W. PORRITT II***
RUSSELL W. PORRITT (P38659)
DEE A. DANE (P83284)
Attorneys for Defendant
4190 Telegraph Rd., Suite 2300
Bloomfield Hills, MI 48302
(248) 593-1440; (248) 593-7920 Fax
rporritt@wardanderson.com
ddane@wardanderson.com
DATED: May 20, 2021

</td></tr>
</table>

3